MICHAEL McKNEELY (State Bar No. 214896)
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
CODY FYFE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CODY FYFE,<br><br>　　　　　Defendant. | Case No.   1:22-cr-00062-JLT-SKO-11<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING** |

## STIPULATION

Defendant Cody Fyfe, by his counsel Michael McKneely, and the United States of America through its counsel Assistant United States Attorney Justin Gilio, hereby stipulate as follows:

1. By previous order (Dkt. 333) this matter was set for sentencing on February 5, 2024.

2. The parties stipulate that good cause exists to continue the sentencing in this matter to February 26, 2024 because defense counsel has been away from the office.

3. The draft presentence report has been disseminated. Counsel will now have through end of day January 29, 2024 to submit informal objections to the draft presentence report.

4. The final report will be filed with the Court and disseminated to counsel on

February 5, 2024.

5. Formal objections, if any, are to be filed with the Court and served on the Probation Department and opposing counsel by end of day on February 12, 2024.

6. A reply to formal objections or a statement of non-opposition must be filed by end of day on February 19, 2024.

7. United States Probation Officer Benjamine Roberts consents to this proposed schedule.

IT IS SO STIPULATED

DATED: January 16, 2024          MICHAEL McKNEELY,
                                 CRIMINAL DEFENSE ATTORNEY

                                 By:  s/ Michael McKneely
                                      MICHAEL McKNEELY
                                      Attorney for Cody Fyfe

DATED: January 16, 2024          PHILLIP A. TALBERT
                                 United States Attorney

                                 By:  s/ Justin Gilio by authorization
                                      JUSTIN GILIO
                                      Assistant United States Attorney

### FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court orders the sentencing in this matter be reset to **February 26, 2024** at 9:00 a.m.

Informal objections are now due on January 29, 2024; the final presentence report is now due on February 5, 2024; formal objections are due on February 12, 2024, and a reply or statement of non-opposition is due on February 19, 2024.

IT IS SO ORDERED.

Dated: **January 16, 2024**

UNITED STATES DISTRICT JUDGE

Stipulation And [Proposed] Order Continuing Sentencing                    -2-