MICHAEL McKNEELY (State Bar No. 214896)
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
CODY FYFE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.   1:22-cr-00062-JLT-SKO-11 |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING CODY FYFE'S SURRENDER TO THE BUREAU OF PRISONS** |
| v. | |
| CODY FYFE, | |
| Defendant. | |

## STIPULATION

Defendant Cody Fyfe, by his counsel Michael McKneely, and the United States of America through its counsel Assistant United States Attorney Justin Gilio, hereby stipulate as follows:

1. By its Judgment and Commitment (ECF 607), Mr. Fyfe was ordered to surrender to the Bureau of Prisons ("BOP") on December 2, 2024.

2. The Bureau of Prisons has notified counsel that Mr. Fyfe has been designated to surrender at the Federal Correctional Institution at Lompoc, California.

3. Both counsel have been in contact with BOP regional counsel regarding FCI Lompoc's ability to continue to administer Mr. Fyfe's methadone. Initial inquiries confirm that medication assisted treatment is generally available at BOP facilities, but regional counsel has so far not confirmed whether FCI Lompoc itself is currently

1  authorized to provide such therapy as specified in BOP's own clinical guidance "Opioid Use Disorder: Diagnosis, Evaluation, and Treatment" dated August 2021. A true and correct copy of this publicly available document is attached hereto as **Exhibit A**.

4. It is specified on page 20 of the clinical guidance that to administer methadone, the facility must be a registered "Opioid treatment Program" or services would need to be arranged with a "community OTP."

5. Counsel have enquired from regional counsel whether FCI Lompoc is equipped but have not yet received a follow-up response to our communication of over a week ago.

6. As the PSR in this case documents, Mr. Fyfe has experienced seizures during previous attempts to stop his opioid use and he has informed his counsel now that even though his methadone dose is decreasing he has experienced seizures.

7. Until his methadone withdrawal can be effected in the community, or BOP can confirm that it is able to treat Mr. Fyfe at the designated facility, counsel believe there is good cause to continue his surrender date.

8. Counsel stipulate at this time, while this uncertainty exists, that surrender be postponed to December 16, 2024.

IT IS SO STIPULATED

DATED: November 25, 2024          MICHAEL McKNEELY,
                                  CRIMINAL DEFENSE ATTORNEY

                                  By:  s/ Michael McKneely
                                       MICHAEL McKNEELY
                                       Attorney for Cody Fyfe

DATED: November 25, 2024          PHILLIP A. TALBERT
                                  United States Attorney

                                  By:  s/ Justin Gilio by authorization
                                       JUSTIN GILIO
                                       Assistant United States Attorney

Stipulation And [~~Proposed~~] Order Continuing Cody Fyfe's Surrender To The Bureau Of Prisons                -2-

# FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court orders the surrender date in this matter be reset to December 16, 2024.

IT IS SO ORDERED.

Dated: **November 25, 2024**

_____
UNITED STATES DISTRICT JUDGE

MICHAEL McKNEELY
CRIMINAL DEFENSE ATTORNEY
2300 TULARE STREET, SUITE 115
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150